IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JANET CHESSOR,

    Plaintiff,

v.                                                       CIVIL ACTION NO.: 3:25-CV-127-MPM-RP

TK ELEVATOR CORPORATION,

    Defendant.

---

**JOINT MOTION TO EXTEND THE DEADLINES FOR DISCOVERY AND DISPOSITIVE AND *DAUBERT* MOTIONS**

---

Defendant, TK Elevator Corporation, and Plaintiff, Janet Chessor by and through counsel, and pursuant to Rule 6(b)(1)(A) and Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 7 hereby file this Joint Motion to Extend the Deadlines for Discovery and Dispositive and *Daubert* Motions, and request that the Court extend the Discovery Deadline from January 22, 2026, up to and including February 12, 2026, and the Dispositive and *Daubert* Motions Deadline from February 12, 2026, up to and including March 5, 2026, and for grounds state the following:

**FACTS**

1.     A Case Management Order was entered on July 22, 2025. (D.E. 23) setting out, among other things, a discovery deadline of January 22, 2026, and a dispositive and Daubert motion deadline of February 12, 2026.

2.     Due to Plaintiff's change in lead counsel and scheduling conflicts, the Parties need additional time to complete discovery/depositions and, as a consequence, additional time to file dispositive and Daubert motions and request an extension of the Discovery Deadline from January 22, 2026, up to and including February 12, 2026, and the Dispositive and *Daubert* Motions Deadline from February 12, 2026, up to and including March 5, 2026.

1

3. The Parties have not previously requested an extension of time to complete discovery or file dispositive and Daubert motions.

4. The foregoing extensions will have no adverse effect on the remaining deadlines in the Court's Case Management Order.

5. The parties request to extend the deadlines is not sought for the purpose of delay nor will this additional time adversely affect these proceedings or the trial date.

Based on the foregoing, the Parties request that the Court grant their Joint Motion to Extend the Deadlines for Discovery and Dispositive and *Daubert* Motions, as there is good cause for the requested extensions.

The Parties rely upon the Memorandum of Law in Support filed contemporaneously with their Motion.

Submitted this the 20th day of January 2026.

Respectfully submitted,

By: /s Jeff Weintraub
Jeff Weintraub (MS BPR #103707)
J. Gregory Grisham (admitted pro hac vice)
1715 Aaron Brenner Drive, Suite 312
Memphis, Tennessee 38120
(901) 526-0431 Ph
(901) 526-8183 Fx
jweintraub@fisherphillips.com
ggrisham@fisherphillips.com

*Attorneys for Defendant*

- AND -

/s/ Louis H. Watson (by jxw w/permission)
Louis H. Watson, Jr. (MB# 9053)
Watson Law Firm, PLLC
1501 Jackson Ave W, Ste 113 PMB 101
Oxford, MS 38655-2566
louis@thewatsonlawfirm.com

*Attorney for Plaintiff*

FP 61206004.1

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which also served a copy of the foregoing upon the following:

Louis H. Watson, Jr. (MB# 9053)
Watson Law Firm, PLLC
1501 Jackson Ave W, Ste 113 PMB 101
Oxford, MS 38655-2566
louis@thewatsonlawfirm.com

*Attorney for Plaintiff*

                                            */s Jeff Weintraub*
                                            Jeff Weintraub

FP 61206004.1