IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JANET CHESSOR,

    Plaintiff,

v.                                             CIVIL ACTION NO.: 3:25-CV-127-MPM-RP

TK ELEVATOR CORPORATION,

    Defendant.

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND THE DEADLINES FOR DISCOVERY AND DISPOSITIVE AND *DAUBERT* MOTIONS**

        Defendant, TK Elevator Corporation, and Plaintiff, Janet Chessor, by and through counsel, and pursuant to Rule 6(b)(1)(A) and Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 7 hereby file this Memorandum of Law in Support of their Joint Motion to Extend the Deadlines for Discovery and Dispositive and *Daubert* Motions, from January 22, 2026 to February 12, 2026, for Discovery and from February 12, 2026 to March 5, 2026 for Dispositive and *Daubert* Motions as there is good cause for the requested extensions.

## FACTS

        1.      A Case Management Order was entered on July 22, 2025. (D.E. 23) setting out, among other things, a discovery deadline of January 22, 2026, and a dispositive and *Daubert* motion deadline of February 12, 2026.

        2.      Due to Plaintiff's change in lead counsel and scheduling conflicts, the Parties need additional time to complete discovery/depositions and, as a consequence, additional time to file dispositive and Daubert motions.

        3.      The Parties have not previously requested an extension of time to complete discovery or file dispositive and *Daubert* motions.

1

4. The foregoing extensions will have no adverse effect on the remaining deadlines in the Court's Case Management Order.

5. The parties request to extend the deadlines is not sought for the purpose of delay nor will this additional time adversely affect these proceedings or the trial date.

## ARGUMENT

**THE JOINT MOTION TO EXTEND THE DEADLINES FOR DISCOVERY AND DISPOSITIVE AND *DAUBERT* MOTIONS SHOULD BE GRANTED AS THERE IS GOOD CAUSE FOR THE REQUESTED EXTENSIONS**

Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides:

(b) EXTENDING TIME.

(1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; ….

Id.

"Because the district court may exercise its discretion under Rule 6(b)(1)(A) only 'for good cause,' a party must demonstrate some justification for the issuance of the extension." Federal Practice and Procedure (Wright & Miller) §1165. "However, an application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." Id.

The Parties submit there is good cause for the Court to extend the discovery deadline and dispositive and *Daubert* motion deadline since due to Plaintiff's change in lead counsel and scheduling conflicts, the Parties need additional time to complete depositions and, as a consequence, additional time to file dispositive and Daubert motions.

The foregoing extensions will have no adverse effect on the remaining deadlines in the Court's Case Management Order and the parties' request to extend the deadlines is not sought for

the purpose of delay nor will this additional time adversely affect these proceedings or the trial date.

## CONCLUSION

Based on the foregoing, the Parties respectfully request that the Court grant their Joint Motion to Extend the Deadlines for Discovery and Dispositive and *Daubert* Motions and extend the deadline from January 22, 2026, to February 12, 2026 for Discovery and from February 12, 2026, to March 5, 2026 for Dispositive and *Daubert* Motions as good cause has been demonstrated under Rule 6(b)(1)(A) and Rule 16(b)(4) for the requested extensions.

Submitted this the 20th day of January 2026.

Respectfully submitted,

By:   */s Jeff Weintraub*
Jeff Weintraub (MS BPR #103707)
J. Gregory Grisham (admitted pro hac vice)
1715 Aaron Brenner Drive, Suite 312
Memphis, Tennessee 38120
(901) 526-0431 Ph
(901) 526-8183 Fx
jweintraub@fisherphillips.com
ggrisham@fisherphillips.com

*Attorneys for Defendant*

- AND -

*/s/ Louis H. Watson (by jxw w/permission)*
Louis H. Watson, Jr. (MB# 9053)
Watson Law Firm, PLLC
1501 Jackson Ave W, Ste 113 PMB 101
Oxford, MS 38655-2566
louis@thewatsonlawfirm.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which also served a copy of the foregoing upon the following:

Louis H. Watson, Jr. (MB# 9053)
Watson Law Firm, PLLC
1501 Jackson Ave W, Ste 113 PMB 101
Oxford, MS 38655-2566
louis@thewatsonlawfirm.com

*Attorney for Plaintiff*

                                              */s Jeff Weintraub*
                                              Jeff Weintraub

FP 61207034.1