UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JANET CHESSOR**                                                                **PLAINTIFF**

**V.**                                                              **CIVIL ACTION NO. 3:25-CV-127-MPM-RP**

**TK ELEVATOR CORPORATION**                                      **DEFENDANT**

## ORDER

This matter is before the court on the parties' Joint Motion to Extend the Deadlines for Discovery and Dispositive and *Daubert* Motions. ECF 51. The parties submit to the court that additional time is needed to complete depositions and other discovery due to Plaintiff's recent change in lead counsel. Consequently, the parties request an extension of the motion deadline as well. The court finds that the motion is well-taken and should be **GRANTED**. Accordingly, the case management deadlines are reset as follows:

       Discovery Deadline: February 12, 2026;

       Dispositive & *Daubert*-type Motions Deadline: March 5, 2026.

**SO ORDERED**, this the 20th day of January, 2026.

                                                     /s/ Roy Percy
                                                     UNITED STATES MAGISTRATE JUDGE