**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JANET CHESSOR**                                                                 **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO.: 3:25-cv-127-MPM-RP**

**TK ELEVATOR CORPORATION**                                      **DEFENDANT**

**JOINT MOTION TO CONTINUE TRIAL AND**
**AMEND CASE MANAGEMENT ORDER**

Plaintiff Janet Chessor ("Plaintiff") and Defendant TK Elevator Corporation ("Defendant") (collectively, the "Parties"), by and through counsel, jointly move the Court to continue trial and amend the Case Management Order [ECF Nos. 23 & 53], and in support thereof, state as follows:

1.     The current discovery deadline is February 12, 2026, and the dispositive/*Daubert*-type motions deadline is March 5, 2026 [ECF No. 53]. The pretrial conference is scheduled for July 1, 2026, and trial is set to begin on August 10, 2026 [ECF Nos. 25 & 27].

2.     On November 28, 2025, Plaintiff filed a Motion for Leave to Withdraw as Counsel, advising the Court that the law firm of Watson & Norris, PLLC was separating and that Plaintiff would thereafter be represented by only Louis H. Watson, Jr., of The Watson Law Firm, PLLC [ECF No. 44].

3.     On December 2, 2025, the Court entered a text-only order granting Plaintiff's Motion and terminating Nick Norris, who had been primarily handling the matter, as counsel of record for Plaintiff [ECF No. 46].

4.      The undersigned, whose office is located in Oxford, Mississippi, was recently without power and reliable internet service for a week as a result of Winter Storm Fern.

5.      Additionally, Ms. Chessor's family was severely impacted by the ice storm which has delayed the taking of depositions.

6.      Accordingly, despite the Parties' diligent efforts, additional time is needed to complete critical discovery, including, but not limited to, depositions.

7.      Based on the foregoing, the Parties jointly request that the discovery and dispositive/*Daubert*-type motions deadlines as well as any other pretrial deadlines be extended by 90 days, resulting in the following revised deadlines:

     a.   **Discovery**: May 13, 2026

     b.   **Dispositive/*Daubert*-type Motions**: June 12, 2026

8.      In addition, the requested extension of these deadlines, if granted, will necessarily require a continuance of trial currently set to begin on August 10, 2026, and a resetting of the pretrial conference scheduled for July 1, 2026, as well as any other pretrial deadlines.

9.      The Parties will continue to work diligently to complete all remaining discovery within the proposed extension period.

10.     The requested relief is sought jointly by the Parties, and no Party will be prejudiced by the proposed continuance and extension of the above-referenced deadlines.

11.     This Joint Motion is not interposed for purposes of delay, but rather to serve the interests of justice and judicial economy.

12.     Due to the nature of this Joint Motion, the Parties request that they be relieved of the requirement to submit a supporting memorandum pursuant to L.U. Civ. R. 7(b)(4).

**WHEREFORE, PREMISES CONSIDERED**, the Parties jointly request that the Court amend the Case Management Order [ECF Nos. 23 & 53] to continue trial; extend the discovery deadline through May 13, 2026; extend the dispositive/*Daubert*-type motions deadline through June 12, 2026, as well as any other pretrial deadlines; and grant such other, further, and different relief as the Court deems fair and just.

Submitted this the 10th February 2026.

Respectfully submitted,

By:     */s/ Louis H. Watson, Jr.*
Louis H. Watson, Jr. (MB# 9053)
The Watson Law Firm, PLLC
1501 Jackson Ave W STE 113 PMB 101
Oxford, MS 38655-2566
louis@thewatsonlawfirm.com

*Attorney for Plaintiff*

- AND -

*/s Jeff Weintraub*
Jeff Weintraub (MS BPR #103707)
J. Gregory Grisham (admitted pro hac vice)
1715 Aaron Brenner Drive, Suite 312
Memphis, Tennessee 38120
(901) 526-0431 Ph
(901) 526-8183 Fx
jweintraub@fisherphillips.com
ggrisham@fisherphillips.com

*Attorneys for Defendant*

3

## <u>CERTIFICATE OF SERVICE</u>

I, Louis H. Watson, Jr., attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, the 10th day of February, 2026.

/s/Louis H. Watson, Jr.
LOUIS H. WATSON, JR.